**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-7391**

JERRY LEE KEY,

                Plaintiff - Appellant,

      v.

UNITED STATES OF AMERICA,

                Defendant - Appellee.

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston. John T. Copenhaver, Jr., District Judge. (2:17-cv-00556)

Submitted: February 15, 2018              Decided: February 20, 2018

Before WILKINSON, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jerry Lee Key, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerry Lee Key appeals the district court's order accepting the recommendation of the magistrate judge and denying Key's motion for a certificate of innocence pursuant to 28 U.S.C. § 2513 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Key v. United States*, No. 2:17-cv-00556 (S.D.W. Va. Sept. 29, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
